1  Kevin P. McNamara, State Bar No. 180690
   kmcnamara@tlsslaw.com
2  Robert D. Dennison, State Bar No. 127498
   rdennison@tlsslaw.com
3  **TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**
   626 Wilshire Boulevard, Suite 800
4  Los Angeles, California 90017
   Telephone:  (213) 624-4500
5  Facsimile:  (213) 624-0820

6  Attorneys for Defendant\Counterclaimant, NESCTC Security
   Agency, LLC
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | MT. HAWLEY INSURANCE COMPANY, ) | Case No.: 3:19-CV-04423-RS
12 |         Plaintiff,            ) |
                                    ) | **ORDER REGARDING STIPULATION**
13 |    vs.                        ) | **BY ALL PARTIES FOR RELIEF**
                                    ) | **FROM CASE MANAGEMENT**
14 | BAY VALLEY SECURITY, L.L.C., a limited ) | **SCHEDULE**
   liability company; ANTHONY D. RUSSELL,
15 an individual; ALINA C. GUZMAN, an
   individual; CITY OF ALAMEDA, a municipal
16 corporation; BRANDON HANSEN, an
   individual; ALYSSA SCHLITT, an individual;
17 RICH SOTO, an individual; MIKE
   TANGATAEVAHAH, an individual;
18 NESCTC SECURITY AGENCY, LLC and
   DOES 1-25,
19
            Defendants.
20
   BAY VALLEY SECURITY L.L.C.,
21
            Third Party Plaintiff,
22
       Vs.
23

24 SHARP INSURANCE AGENCY, a California
   business, ELAYNA COSS, an individual, and
25 ROES 1 through 25, inclusive,

26          Third Party Defendants.
27
28 ///

                                1

[PROPOSED] ORDER REGARDING STIPULATION BY ALL PARTIES FOR RELIEF
                 FROM CASE MANAGEMENT SCHEDULE

Having reviewed the Stipulation by All Parties for Relief from Case Management Schedule and good cause appearing from that stipulation:

IT IS HEREBY ORDERED that the dates set in the Court's February 13, 2020 Case Management Scheduling Order be continued as follows:

1. Non-Expert Discovery Completion: **May 18, 2021**;

2. Expert Discovery Completion Dates:

   **April 8, 2021** for Rule 26(a)(2) designation of experts;

   **April 27, 2021** for Rule 26(a)(2) supplemental and rebuttal experts;

   **May 18, 2021** for expert discovery completion;

3. Pretrial Motion Completion: **June 10, 2021** deadline for hearing on all pretrial motions;

4. Pretrial Conference on **July 28, 2021 at 10:00 a.m**., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California ;

5. Trial on **August 9, 2021 at 9:00 a.m**., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

All other provisions of the February 13 Case Management Scheduling Order remain in effect as previously ordered, unless modified by further order of the Court.

**IT IS SO ORDERED:**

Dated:  January 4  , 2021

THE HONORABLE RICHARD SEEBORG
United States District Judge
Norther District of California

[PROPOSED] ORDER REGARDING STIPULATION BY ALL PARTIES FOR RELIEF FROM CASE MANAGEMENT SCHEDULE