CHRISTINE E. JACOB (State Bar No. 216679)
CHANTALLE R. BAUM (State Bar No. 325001)
HANSEN, KOHLS, SOMMER & JACOB, LLP
1520 EUREKA ROAD, SUITE 100
ROSEVILLE, CALIFORNIA 95661
TELEPHONE: (916) 781-2550
FACSIMILE: (916) 781-5339
cjacob@hansenkohls.com; cbaum@hansenkohls.com

Attorneys for Third Party Defendants
SHARP INSURANCE AGENCY, a California business, and ELAYNA COSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. HAWLEY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> BAY VALLEY SECURITY, L.L.C., a limited liability company; <br> ANTHONY D. RUSSELL, an individual; <br> ALINA C. GUZMAN, an individual; <br> CITY OF ALAMEDA, a municipal corporation; <br> BRANDON HANSEN, an individual; <br> ALYSSA SCHLITT, an individual; <br> RICH SOTO, an individual; <br> MIKE TANGATAEVAHAH, an individual; <br> and DOES 1-25, <br><br> Defendants. | Case No. 3:19-CV-04423-RS <br><br> ORDER <br> **STIPULATION RE STAY OF THIRD-PARTY COMPLAINT AS MODIFIED BY COURT** <br><br> Complaint Filed: August 1, 2019 <br> First Am. Comp.: December 23, 2019 <br> Trial Date: TBD |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action, through their respective counsel, that:

1.  The parties, plaintiff MT. HAWLEY INSURANCE COMPANY ("Mt. Hawley"), defendant/third party plaintiff BAY VALLEY SECURITY, L.L.C. ("Bay Valley"), defendant ALINA C. GUZMAN ("Guzman"), defendant/counter-claimant NESCTC SECURITY AGENCY, LLC ("NESCTC") and third party defendants SHARP INSURANCE AGENCY and ELAYNA COSS ("Sharp/Coss"), have reached a partial settlement in this matter. The parties

00014163.1

1    have executed a settlement agreement memorializing the partial settlement in this matter.  The
2    parties have also executed a stipulated judgment in favor of Mt. Hawley on its first and second
3    causes of action against Bay Valley) for misrepresentation/concealment and declaratory relief,
4    respectively) and its fourth cause of action for declaratory relief against NESCSTC.  Pursuant to
5    the terms of the partial settlement, Mt. Hawley will be dismissing its third cause of action
6    for reimbursement.

7    2.    This matter involves two underlying cases, *Alina C. Guzman v. AMF Bowling Centers, Inc., et al.*, Alameda County Superior Court Case No. RG1785538, ("*Guzman*") and *Williams v. AMF et. al.,* Alameda County Superior Court Case No. RG18928978, ("*Williams*"), which implicate general liability insurance Mt. Hawley issued to Bay Valley for the 2016-2017 policy period, which was procured by Sharp/Coss for Bay Valley.

12   3.    The settlement agreement resolves the underlying *Guzman* matter and some damages associated with the *Williams* matter.  Bay Valley alleges remaining damages claims pertaining to the *Williams* matter that are not yet resolved, which damages are speculative until resolution of the *Williams* matter.

16   4.    Therefore, Defendant Bay Valley's Third-Party Complaint against Sharp Insurance Agency and Elayna Coss, in the Mt. Hawley Action, for breach of written contract, breach of oral contract, negligent misrepresentation, professional negligence, equitable indemnity, contribution, and declaratory relief in connection with Sharp/Coss' procurement of a general liability insurance for Bay Valley for the 2016-2017 year is still at issue.

21   5.    Since the Third-Party Complaint in the instant matter has yet to be completely resolved, it should be stayed until the underlying issues in the *Williams* matter are resolved.

23   6.    Bay Valley and Sharp/Coss have agreed that the stay shall remain in effect until the *Williams* matter is completed.  The *Williams* matter is set for trial on September 9, 2022.

25   7.    The parties agree to take the necessary steps to notify the Court if the stay should be lifted.

27   8.    The parties may agree by stipulation to lift the stay at any time.  If the parties cannot agree by stipulation to lift the stay, any party may seek Court approval to lift the stay.

HANSEN, KOHLS, SOMMER & JACOB, LLP

9. During the time that the stay is in effect, no party shall be permitted to engage in discovery or law and motion in this matter.

**IT IS SO STIPULATED.**

Dated: October __, 2021                    MEDINA SETO LAW GROUP

By: _____
ROWENA C. SETO
KEVIN L. CIFARELLI
Attorneys for Third Party Plaintiff
BAY VALLEY SECURITY L.L.C.

Dated: October __, 2021                    HANSEN, KOHLS, SOMMER & JACOB, LLP

By: _____
CHRISTINE E. JACOB
CHANTALLE R. BAUM
Attorneys for Third Party Defendants
SHARP INSURANCE AGENCY and
ELAYNA COSS

**ORDER**

**IT IS HEREBY ORDERED**, pursuant to the above stipulation, that the above action is stayed until the *Williams* matter has resolved, and the matter will be closed for administrative purposes. The parties may agree by stipulation to lift the stay and reopen the matter at any time, subject to Court approval. If the parties cannot agree by stipulation to lift the stay, any party may seek Court approval to lift the stay. The parties may stipulate to extend the stay upon terms agreed to by the parties, subject to Court approval. During the time that the stay is in effect, no party shall engage in discovery or law and motion in this matter.

**IT IS SO ORDERED.**

DATED: October 7, 2021

_____
THE HONORABLE RICHARD SEEBORG
Chief United States District Judge
Northern District of California